| | |
|---|---|
| ALMADANI LAW<br>Yasin M. Almadani, State Bar No. 242798<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Ph: 949-877-7177<br>Fax: 949-877-8757<br>yma@lawalm.com | EVERSHEDS SUTHERLAND (US) LLP<br>Ian S. Shelton (SBN 264863)<br>ianshelton@eversheds-sutherland.com<br>500 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>Telephone:  (916) 844-2965<br>Facsimile:   (916) 241-0501 |
| AI LAW, PLC<br>Ahmed Ibrahim, State Bar No. 238739<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Ph.:  949-266-1240<br>Fax:  949-266-1280<br>aibrahim@ailawfirm.com | EVERSHEDS SUTHERLAND (US) LLP<br>Ronald W. Zdrojeski<br>ronzdrojeski@eversheds-sutherland.com<br>1114 6th Avenue, 40th Floor<br>New York, NY 10036<br>Telephone:  (212) 389-5000<br>Facsimile:   (212) 389-5099 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.: 2:22-cv-03899 GW (JEMx)**<br><br>**STIPULATION REGARDING CONSOLIDATION WITH RELATED ACTION AND STAY OF PROCEEDINGS**<br><br>HON. GEORGE H. WU<br>United States District Judge<br><br>Action Filed:　　　June 7, 2022<br><br>Trial Date:　　　　TBD |

Plaintiffs Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, and Nicole Stewart (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand, by and through their respective counsel of record in the above-referenced action ("*Habberfield* Action"), hereby file this stipulation regarding consolidation with related action and stay of proceedings.

WHEREAS, on June 7, 2022, Plaintiffs filed a Class Action Complaint for Damages and Injunctive Relief (Dkt. 1.)

WHEREAS, on June 22, 2022, Plaintiffs filed a First Amended Class Action Complaint for Damages and Injunctive Relief (the "FAC"). (Dkt. 13.)

WHEREAS, on August 29, 2022, Defendants' counsel signed Waivers of the Service of Summons for all defendants in the *Habberfield* Action, which will be filed by Plaintiffs forthwith.

WHEREAS, in the related matter, *Khan v. Boohoo.com USA Inc. et al.*, No. 2:20-cv-03332-GW-JEM (and consolidated cases), the Court preliminarily approved the California settlement agreement ("*Khan* Settlement Agreement," Dkt. 158) and the administration of the *Khan* Settlement Agreement is ongoing.

WHEREAS, Plaintiffs and Defendants agree and jointly request that the *Habberfield* Action be consolidated with the related *Khan* action for pretrial purposes and stayed until the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

WHEREAS, during the period of the stay, the parties wish to engage in settlement discussions in the *Habberfield* Action and shall be permitted to participate in discovery for this purpose as long as all parties mutually agree to do so.

WHEREAS, Plaintiffs and Defendants further agree that, should the parties not be able to reach settlement, Defendants' responsive pleading in the *Habberfield* Action shall

be due 30 days after the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

WHEREAS, should Defendants choose to file any Rule 12 motion, or any other motion, concerning the FAC, Plaintiffs shall have 28 days from the date the motion is filed to respond, Defendants shall have 21 days from the date the opposition is filed to reply, and the hearing shall be set at least 14 days after the reply deadline.

NOW THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The *Habberfield* Action is hereby consolidated with the related *Khan* action for pretrial purposes and stayed until the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

2. During the stay, the parties may engage in settlement discussions in the *Habberfield* Action and shall be permitted to participate in discovery for this purpose as long as all parties mutually agree to do so

3. Defendants' responsive pleading in the *Habberfield* action shall be due 30 days after the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

4. If Defendants file a Rule 12 motion, or any other motion, concerning the FAC, Plaintiffs shall have 28 days for the date the motion is filed to respond, Defendants shall have 21 days from the date the opposition is filed to reply, and the hearing shall be set at least 14 days after the reply deadline.

Dated: August 30, 2022

Respectfully submitted,[1]

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs Individually and
On Behalf of All Others Similarly Situated*

EVERSHEDS SUTHERLAND (US) LLP

*/s/ Ronald W. Zdrojeski*
Ronald W. Zdrojeski, Esq.

*Attorneys for Defendants*

---

[1] Pursuant to L.R. 5-4.3.4(a)(2), the party filing this document certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing