# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive,<br><br>        Defendants | **CASE NO.: CV 22-3899-GW-JEMx**<br><br>**ORDER TO CONSOLIDATE WITH RELATED ACTION AND STAY PROCEEDINGS**<br><br>HON. GEORGE H. WU<br>United States District Judge<br><br>Action Filed:     June 7, 2022<br><br>Trial Date:        TBD |

1 | THIS MATTER came before the Court on the Parties' Stipulation Regarding Consolidation with Related Action and Stay of Proceedings. Having considered the matter and finding good cause for granting the request, the Court hereby ORDERS as follows:

1. The *Habberfield* Action is hereby consolidated with the related *Khan* action for pretrial purposes and stayed until the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

2. During the stay, the parties may engage in settlement discussions in the *Habberfield* Action and shall be permitted to participate in discovery for this purpose as long as all parties mutually agree to do so.

3. Defendants' responsive pleading in the *Habberfield* action shall be due 30 days after the Court issues its order on the motion for final approval of the *Khan* Settlement Agreement.

4. If Defendants file a Rule 12 motion, or any other motion, concerning the FAC, Plaintiffs shall have 28 days from the date the motion is filed to respond, Defendants shall have 21 days from the date the opposition is filed to reply, and the hearing shall be set at least 14 days after the reply deadline.

**IT IS SO ORDERED.**

Dated: September 1, 2022

HON. GEORGE H. WU
United States District Judge