# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive,<br><br>Defendants | CASE NO.: CV 22-3899-GW-JEMx<br><br>**ORDER PERMITTING PLAINTIFFS TO EXCEED PAGE LIMITATIONS FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>HON. GEORGE H. WU<br>United States District Judge<br><br>Action Filed:   June 7, 2022<br>Trial Date:       TBD |

After full consideration of the parties' Stipulation to Exceed Page Limitations for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and finding that there is good cause in support of the request made therein,

IT IS HEREBY ORDERED THAT Plaintiffs may file a memorandum of points and authorities not to exceed *39 pages* in length in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: April 6, 2023

_____
HON. GEORGE H. WU
United States District Judge