ALMADANI LAW
Yasin M. Almadani, State Bar No. 242798
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph: 949-877-7177
Fax: 949-877-8757
yma@lawalm.com

AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph.: 949-266-1240
Fax: 949-266-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs, Individually
and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, ME'LISA THIMOT, an individual, and MARIKA WALTON, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive.<br><br>Defendants. | **CASE NO.: 2:22-CV-03899-GW-JEMx**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE**<br><br>**Hearing Information:**<br><br>Date: May 18, 2023<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu<br><br>Action Filed: June 7, 2022<br><br>Trial Date: TBD |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** on May 18, 2023 at 8:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 9D of the above-captioned Court located on the 9th Floor at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, Nicole Stewart, Me'Lisa Thimot, and Marika Walton ("Plaintiffs"), by and through their undersigned counsel of record, will and hereby do move pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure, for the Court to grant preliminary approval of the Class Action Settlement Agreement and Release (the "Settlement") attached as Exhibit 1 to the concurrently filed Declaration of Ahmed Ibrahim. Specifically, Plaintiffs respectfully request that the Court enter the [Proposed] Preliminary Approval Order, which: (1) preliminarily approves the Settlement; (2) certifies the Settlement Class; (3) appoints Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, Nicole Stewart, Me'Lisa Thimot, and Marika Walton as the class representatives for the Settlement Class, (4) appoints Yasin Almadani of Almadani Law and Ahmed Ibrahim of AI Law, PLC as Class Counsel; (5) appoints Kurtzman Carlson Consultants as the settlement administrator; (6) approves the form, method and plan of Settlement Class Notice; (7) mandates procedures and deadlines for Class Members to object or opt out; and (8) schedules a final approval hearing and related deadlines.

This motion is made on the grounds that Plaintiffs have satisfied all the requirements for preliminary approval of the proposed class action settlement under Rule 23(e)(2).

This motion is based on the concurrently filed Plaintiffs' Memorandum of Points and Authorities in Support of Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Procedure for and Form of Notice, the Stipulation in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement and exhibits thereto, the Declaration of Ahmed Ibrahim and exhibits thereto, the Declaration of Yasin

2

*Plaintiffs' Notice of Motion and Motion for Preliminary*
*Approval of Class Action Settlement*     Case No. 2:22-cv-03899-GW (JEMx)

Almadani, the Declaration of Christie K. Reed Regarding Proposed Class Notice Plan, the Declarations of Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, Nicole Stewart, Me'Lisa Thimot, and Marika Walton, the Declaration of Christian Tregillis, CPA, ABV, CFF, CLP, in Support of Motion for Preliminary Approval of Class Settlement and exhibits thereto, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: April 10, 2023

Respectfully submitted,

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs Individually and On Behalf of All Others Similarly Situated*