ALMADANI LAW
Yasin M. Almadani, State Bar No. 242798
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph: 949-877-7177
Fax: 949-877-8757
yma@lawalm.com

AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph.: 949-266-1240
Fax: 949-266-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs, Individually
and On Behalf of All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, ME'LISA THIMOT, an individual, and MARIKA WALTON, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive.

Defendants.

**CASE NO.: 2:22-CV-03899-GW-JEMx**

**PLAINTIFFS' NOTICE OF LODGING NON-PAPER EXHIBITS DESIGNATED AS CONFIDENTIAL BY DEFENDANTS PURSUANT TO PROTECTIVE ORDER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (*L.R. 11-5.1*)**

**Hearing Information:**

Date: May 18, 2023
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. George H. Wu

Action Filed: June 7, 2022

Trial Date: TBD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 11-5.1, Plaintiffs Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, Nicole Stewart, Me'Lisa Thimot, and Marika Walton ("Plaintiffs"), by and through their undersigned counsel of record, hereby lodge the following non-paper exhibits with the Court.

1. Exhibit 43 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000013, the PLT Promo Calendar for 2016.

2. Exhibit 44 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000010, the PLT Promo Calendar for 2017.

3. Exhibit 45 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000011, the PLT Promo Calendar for 2018.

4. Exhibit 46 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000012, the PLT Promo Calendar for 2019.

4. Exhibit 48 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000014, the PLT Promo Calendar for 2020.

5. Exhibit 49 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00546058, the PLT Promo Calendar for 2021.

6. Exhibit 49A to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00546192, the PLT Promo Calendar for the portion of 2022 from January up through at least the end of the class period on June 17, 2022.

7. Exhibit 71 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00082505, the BoohooMAN USA Promo Calendar for 2017 through 2020.

8. Exhibit 72 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00000126, the BH USA Promo Calendar for 2016 through 2020.

9. Exhibit 73 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00001131, the NG USA Promo Calendar for 2017 through 2020.

10. Exhibit 74 to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00082505, the BH and NG USA Promo Calendar for 2021.

11. Exhibit 74A to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00546189, the Boohoo USA Promo Calendar for March 8, 2021 through at least the end of the class period on June 17, 2022.

12. Exhibit 74B to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00546190, the BoohooMAN USA Promo Calendar for 2021 through at least the end of the class period on June 17, 2022.

13. Exhibit 74C to the Ibrahim Declaration, which is a true and correct copy of a spreadsheet produced by Defendants in discovery as D00546191, the Nasty Gal USA Promo Calendar for 2022 from the beginning of the year through at least the end of the class period on June 17, 2022.

Said exhibits are voluminous spreadsheets that cannot be printed and filed electronically with the forthcoming Declaration of Ahmed Ibrahim in Support of Motion for Preliminary Approval of Class Action Settlement.

Further, please be advised that said exhibits have been designated as confidential under the operative Stipulated Protective Order entered by the Court in the related and consolidated *Khan* Litigation (*see Khan v. Boohoo.com USA Inc., et al.*, No. 2:20-cv-

03332-GW (JEMx), Docket Entry No. 56) and are subject to a forthcoming Application to Conditionally File Materials Under Seal.

For these reasons, Plaintiffs intend to submit, via hand delivery, a physical USB drive to the Court containing electronic copies of each such exhibit.

Dated: April 10, 2023

Respectfully submitted,

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs Individually and On Behalf of All Others Similarly Situated*