UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, ME'LISA THIMOT, an individual, and MARIKA WALTON, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive,<br><br>        Defendants. | **CASE NO.: CV 22-3899-GW-JEMx**<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Courtroom:  9D<br>Address:     U.S. Courthouse<br>                  350 W. First Street<br>                  Los Angeles, CA 90012 |

[PROPOSED] ORDER

# ORDER

Having reviewed the Sealed Declaration of Ian S. Shelton in Support of Defendants' Application to File Under Seal Certain Documents in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Application is GRANTED as follows:

| Description | Ruling |
|---|---|
| **Stipulation in Support of Motion for Preliminary Approval and Exhibits** | |
| Stipulation | The Court grants the application to redact paragraphs 8-11 of the Stipulation |
| Ex. 1 | Defendants shall publicly file Exhibit 1 to the Stipulation because Defendants do not claim confidentiality over it |
| Ex. 2 | The Court grants the application to seal Exhibit 2 to the Stipulation |
| Ex. 3 | The Court grants the application to seal Exhibit 3 to the Stipulation |
| Ex. 4 | The Court grants the application to seal Exhibit 4 to the Stipulation |
| **Ex. 3 of Declaration of Ahmed Ibrahim - Nicki Capstick Deposition Transcript** | |
| | The Court grants the application to redact 37:2-39:16, 62:6-25, 68:19-70:3, 70:15-25, 75:7-76:4, 95:6-25, 97:1-99:4, 114:15-115:25, 118:6-25, 129:2-18, 135:1 -136:25, 144:1-145:25, 148:1-149:17 of the Nicki Capstick Deposition Transcript |
| **Ex. 4 of Declaration of Ahmed Ibrahim - Jonathan Haycock Deposition Transcript** | |
| | The Court grants the application to redact 19:1-19, 20:3-21:21, 32:1-22, 38:1-40:25, 44:1-25, 54:1-55:25, 65:1-25, 68:4-25, 70:5-71:25 of the Jonathan Haycock Deposition Transcript |
| **Ex. 5 of Declaration of Ahmed Ibrahim - Murray Beckett Deposition Transcript** | |
| | The Court grants the application to redact 28:17-25, 33:1-19, 37:3-38:25, 50:1-51:25, 56:1-57:25, 76:23-77:15, 92:1-93:25, 125:1-127:25, 143:12-25 of the Murray Beckett Deposition Transcript |
| **Ex. 6 of Declaration of Ahmed Ibrahim - Sam Brocklebank Deposition Transcript** | |

| Description | Ruling |
|---|---|
| | The Court grants the application to redact 54:1-16, 83:1-25, 85:1-25, 88:1-92:25, 98:10-18, 118:2-119:25 of the Sam Brocklebank Deposition Transcript |
| **Promotional Calendar Exhibits to the Declaration of Ahmed Ibrahim (Plaintiffs Lodged Non-Paper Exhibits Designated as Confidential, Dkt. 131)** ||
| Ex. 43 | The Court grants the application to seal Exhibit 43 |
| Ex. 44 | The Court grants the application to seal Exhibit 44 |
| Ex. 45 | The Court grants the application to seal Exhibit 45 |
| Ex. 46 | The Court grants the application to seal Exhibit 46 |
| Ex. 48 | The Court grants the application to seal Exhibit 48 |
| Ex. 49 | The Court grants the application to seal Exhibit 49 |
| Ex. 49A | The Court grants the application to seal Exhibit 49A |
| Ex. 71 | The Court grants the application to seal Exhibit 71 |
| Ex. 72 | The Court grants the application to seal Exhibit 72 |
| Ex. 73 | The Court grants the application to seal Exhibit 73 |
| Ex. 74 | The Court grants the application to seal Exhibit 74 |
| Ex. 74A | The Court grants the application to seal Exhibit 74A |
| Ex. 74B | The Court grants the application to seal Exhibit 74B |
| Ex. 74C | The Court grants the application to seal Exhibit 74C |
| **Declaration of Christian Tregillis (Plaintiffs' Damages Expert)** ||
| | The Court grants the application to redact the charts on pages 7, and 8, paragraphs 14 and 15, the charts on page 9 and 10, paragraph 16, the chart on page 20, paragraph 40 through 42, the charts on pages 24-25, and paragraph 48, and the chart on p. 38. |

Defendants are granted leave to file public redacted versions of the redacted documents identified above. The documents that Plaintiffs previously filed conditionally under seal, identified above, shall remain sealed.

IT IS SO ORDERED.

DATED: April 18, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE