1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10 | LAURA HABBERFIELD, an individual,      **CASE NO.: 2:22-cv-03899 GW (JEMx)**
   | KEONA KALU, an individual, KATIE
11 | RUNNELLS, an individual, JUANITA       **REDACTED Exhibit 3 to Declaration of**
   | CARMET CACHADINA, an individual,       **Ahmed Ibrahim in Support of Plaintiffs'**
12 | SARAH HUEBNER, an individual,          **Motion for Preliminary Approval of Class**
   | YESENIA VALIENTE, an individual,       **Action Settlement (Dkt. 36)**
13 | VERONICA WALTON, an individual,
   | LISA MURPHY, an individual, NICOLE     REDACTED PURSUANT TO COURT
14 | HILL, an individual, NICOLE            ORDER DATED APRIL 18, 2023 (DKT.
   | STEWART, an individual, ME'LISA        42)
15 | THIMOT, an individual, and MARIKA
   | WALTON, an individual, on behalf of    Courtroom:    9D
16 | themselves and all others similarly    Address:      U.S. Courthouse
   | situated,                                            350 W. First Street
17 |                 Plaintiffs,                          Los Angeles, CA 90012

18 |                       v.

19 | BOOHOO.COM USA, INC., a Delaware
   | corporation, BOOHOO.COM UK
20 | LIMITED, a United Kingdom private
   | limited company, BOOHOO GROUP
21 | PLC, a Jersey public limited company,
   | PRETTYLITTLETHING.COM USA
22 | INC., a Delaware corporation,
   | PRETTYLITTLETHING.COM
23 | LIMITED, a United Kingdom private
   | limited company, NASTYGAL.COM
24 | USA INC., a Delaware corporation,
   | NASTY GAL LIMITED, a United
25 | Kingdom private limited company, and
   | DOES 1-10, inclusive,
26
   |                 Defendants.
27
28

# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3       FARID KHAN, an individual, on
         behalf of himself and all
 4       others similarly situated,
 5                     Plaintiffs,
 6            vs.                           Case No. :
                                           2:20-cv-03332-GW-JEMx
 7       BOOHOO.COM USA, INC., a
         Delaware corporation,
 8       BOOHOO.COM UK LIMITED, a
         United Kingdom private
 9       limited company, BOOHOO GROUP
         PLC, a Jersey public limited
10       company, and DOES 1-10,
         inclusive,
11
                      Defendants.
12       _____
13         TRANSCRIPT IS DESIGNATED AS CONFIDENTIAL
14               VIDEOTAPED DEPOSITION OF
15
16                    NICKI CAPSTICK
17
18                      VIA ZOOM
19                 January 28, 2022
20                     6:07 a.m.
21             NEWPORT BEACH, CALIFORNIA
22
         ATKINSON-BAKER - A VERITEXT COMPANY
23       (800)288-3376
24       File No.: AB 5046852
25       REPORTED BY: Christina F. D'Arcangelo, CSR No. 11872
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3       FARID KHAN, an individual, on
         behalf of himself and all
 4       others similarly situated,
 5                    Plaintiffs,
                                          Case No. :
 6            vs.                         2:20-cv-03332-GW-JEMx
 7       BOOHOO.COM USA, INC., a
         Delaware corporation,
 8       BOOHOO.COM UK LIMITED, a
         United Kingdom private
 9       limited company, BOOHOO GROUP
         PLC, a Jersey public limited
10       company, and DOES 1-10,
         inclusive,
11
                     Defendants.
12       _____
13
14
15
16        EXAMINATION BEFORE TRIAL of NICKI CAPSTICK, a
17       Rule 30-B-6 witness on behalf of the Defendants
18       herein, held on January 28, 2022, at 6:07 a.m., via
19       Zoom videoconferencing, taken before CHRISTINA
20       D'ARCANGELO, a Certified Court Reporter for and
21       within the State of California, pursuant to Notice
22
23
24
25
```

Page 2

```
 1     APPEARANCES:
 2
 3     For Plaintiff Farid Khan Individually and On Behalf
       of All Others Similarly Situated:
 4
           ALMADANI LAW
 5         YASIN M. ALMADANI, ESQ.
           14742 Beach Boulevard, Suite 410
 6         La Mirada, California 90638
           Phone: 213-335-3935
 7         Fax: 213-296-6278
           Yma@lawalm.com
 8
 9         AI LAW, PLC
           AHMED IBRAHIM, ESQ.
10         4343 Von Karman Ave, Suite 250
           Newport Beach, California 92660
11         Phone: 949-260-1240
           Fax: 949-260-1280
12         Aibrahim@ailawfirm.com
13
       For Defendant:
14
15         EVERSHEDS SUTHERLAND
           RONALD W. ZDROJESKI, ESQ.
16         KELSEY MACHADO, ESQ.
           1114 6th Ave
17         New York, New York 10036
           Phone: 212.389.5076
18         ronzdrojeski@eversheds-sutherland.com
19
       Also Present:
20
           JACOB FLOREZ, Videographer
21
           ANTHONY FARRELL
22
23
24
25
```

Page  3

```
 1                    INDEX TO EXAMINATION

 2

 3                 WITNESS:  NICKI CAPSTICK

 4      EXAMINATION                              PAGE

 5      BY MR. IBRAHIM................................ 8

 6

 7

 8      DOCUMENTS/INFORMATION REQUESTED          PAGE

 9                        NONE

10

11      WITNESS INSTRUCTED NOT TO ANSWER   PAGE      LINE

12                        NONE

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  4

January 28, 2022

```
 1                  INDEX TO EXHIBITS
 2                  NICKI CAPSTICK
 3              Khan vs. Boohoo, et al.
 4                January 28, 2022
 5        Christina F. D'Arcangelo, CSR No. 11872
 6
 7   MARKED          DESCRIPTION                  PAGE
 8   Exhibit 34      LinkedIn profile...............18
 9   Exhibit 1       Notice of deposition...........39
10   Exhibit 103     Screenshot of Pretty Little Thing    06:58AM
                     website.......................72
11
     Exhibit 43      PLT promo calendar 2016........76
12
     Exhibit 44      PLT promo calendar 2017........84
13
     Exhibit 45      PLT promo calendar for 2018.....86
14
     Exhibit 46      PLT promo calendar 2019........89
15                                                   08:39AM
     Exhibit 48      D14............................92
16
     Exhibit 49      D 546058.......................92
17
     Exhibit 39      A product display page from the U.S.
18                   Website for a pair of pants....112
19   Exhibit 42      A product page for a jumpsuit on the
                     USA website....................122
20                                                   10:07AM
     Exhibit 35      PLT landing page...............124
21
     Exhibit 41      PLT product display...........132
22
23   Exhibit 50      A document Bates numbered
                     D16201 to 16203...............149
24
25
                                              Page 5
```

```
 1

           MARKED           DESCRIPTION                     PAGE
 2

           Exhibit 55    A document Bates numbered
 3                        D223558 to D223559.............174
 4         Exhibit 57    PLT USA monitoring.............175
 5         Exhibit 58    60-page document Bates numbered      11:50AM
                         D1217 to 1216..................177
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        Page  6
```

```
 1                NEWPORT BEACH, CALIFORNIA;

 2            FRIDAY, JANUARY 28, 2022, 6:07 A.M.

 3

 4            THE VIDEOGRAPHER:  This is Jacob Florez,

 5    the videographer.  I represent Veritext, Inc. in    06:07AM

 6    Costa Mesa, California.  I am a California notary

 7    public.  I am not financially interested in this

 8    action, nor am a relative or employee of any

 9    attorney or any party.

10            Today's date is Friday, January 28th,       06:07AM

11    2022.  The current time on the monitor is 6:07 a.m.,

12    Pacific Standard Time, and 2:07 p.m. UK time.

13            We are on record.  This deposition is

14    being held via Zoom video conferencing.  This is the

15    video deposition of Nicki Capstick in the matter of  06:08AM

16    Farid Khan versus Boohoo.com USA, Inc., et al.

17            This is Case No. 2:20-cv-03332-GW-JEMx

18    requested on behalf of plaintiff.

19            Will counsel please introduce themselves

20    for the record.                                      06:08AM

21            MR. IBRAHIM:  Ahmed Ibrahim, counsel for

22    plaintiff.

23            MR. ALMADANI:  Yasin Almadani, counsel for

24    plaintiff.

25            MR. ZDROJESKI:  Ron Zdrojeski with          06:08AM
```

Page 7

```
 1    Kelsey Machado, also, and we are accompanied by

 2    Anthony Farrell, Boohoo Group, PLC.

 3              THE VIDEOGRAPHER:  Counsel, just a

 4    reminder to keep your voice up since you are coming

 5    through the microphone that's in front of our          06:09AM

 6    witness.  That would be appreciated, sir.

 7              MR. ZDROJESKI:  Will do.

 8              MR. IBRAHIM:  Ron, just to clear up the

 9    confusion, you said you were here with counsel for

10    Boohoo Group, PLC, Mr. Anthony Farrell; is that        06:09AM

11    right?

12              MR. ZDROJESKI:  Yes.

13              And, Ahmed or Yasin, if you are having a

14    hard time hearing me as well, if you indicate it, I

15    will try to amplify a little bit better.               06:09AM

16              MR. ALMADANI:  What you just said right

17    now was much more clear than before.

18              MR. ZDROJESKI:  I will keep that in mind.

19    Thank you.

20              THE VIDEOGRAPHER:  Thank you.  Will our       06:10AM

21    court reporter please swear in our witness.

22              MR. ZDROJESKI:  Before the court reporter

23    does that, Yasin and Ahmed, as we have previously

24    discussed, you will recall that we have concerns

25    about the qualifications of this individual to         06:10AM
```

Page 8

 1    provide the oath under these circumstances.  We are

 2    reserving those objections.  I just want to make

 3    that clear.

 4             MR. IBRAHIM:  Understood.  I thought we

 5    were past those reservations, but I understand you    06:10AM

 6    are reserving your rights.

 7             MR. ZDROJESKI:  Thank you.

 8             THE COURT REPORTER:  Hello.  My name is

 9    Christina D'Arcangelo, a California certified court

10    reporter, and this deposition is being held via      10:10AM

11    videoconferencing equipment.

12             The witness and reporter are not in the

13    same room.  The witness will be sworn remotely.

14

15                 NICKI CAPSTICK,

16        having been first duly sworn, via virtual

17    videoconferencing, was examined and testified as

18    follows:

19

20    EXAMINATION

21    BY MR. IBRAHIM:

22        Q.   Hello.  Will you please state and spell

23    your full name for the record?

24             MR. ZDROJESKI:  Before she does that,

25    Ahmed.  I apologize for interrupting.  One more      06:11AM

Page 9

```
 1    housekeeping thing.

 2              Under the protective order, we would like

 3    to mark this deposition confidential.

 4              MR. IBRAHIM:  Understood.

 5              MR. ZDROJESKI:  Thank you.  Your witness.   06:11AM

 6              MR. IBRAHIM:  All right.

 7    BY MR. IBRAHIM:

 8         Q.   First question:  Will you please state and

 9    spell your full name for the record?

10         A.   Hi, yes.  It's Nicki Capstick.  N-I-C-K-I.   06:11AM

11    Capstick is spelled, C-A-P-S-T-I-C-K.

12         Q.   And you understand that you are here in a

13    deposition in connection with a case filed against

14    Boohoo Group, Pretty Little Thing, Nasty Gal, and

15    various other related entities, you understand that?  06:12AM

16         A.   Yes.

17         Q.   Okay.  And you understand that the court

18    reporter administered an oath and that oath requires

19    you to tell the truth, the whole truth and nothing

20    but the truth?                                       06:12AM

21         A.   Yes.

22         Q.   And I understand that you are in the

23    United Kingdom.  This may not be a proceeding that

24    folks are necessarily used to in the UK, maybe they

25    are, I don't know, I don't know enough about the     06:12AM
```

                                               Page 10

January 28, 2022

```
 1    system there.  But here in the United States, I want

 2    you to understand that this deposition can be used

 3    in, and this video that we are taking of your

 4    deposition, can be played back in a court of law in

 5    the event that this case goes to trial.          06:13AM

 6              Do you understand that?

 7        A.   Okay, yes.

 8        Q.   Great.  And you understand that this oath

 9    requires you to tell the truth, the whole truth and

10    nothing but the truth, correct?                  06:13AM

11        A.   Yes.

12        Q.   Okay.  And you understand that you have

13    taken this oath under what's called penalty of

14    perjury.

15              Do you understand that?                06:13AM

16        A.   Yes.

17        Q.   Okay.  And because we are having this

18    deposition transcribed, by a court reporter,

19    Ms. Christina, I ask that your responses, to the

20    best of your ability, be audible.                06:13AM

21              So in ordinary conversation we have a

22    tendency to nod yes or shake our head or say "uh-uh"

23    or "huh-uh."  I would just ask that you make your

24    responses audible so that it's all captured in the

25    record.                                          06:14AM
```

Page 11

Nick Capra
January 28, 2022

```
 1        Q.   That last answer was a little bit
 2    inaudible.  I saw your lips moving, but I didn't
 3    hear.
 4        A.   Yes.
 5        Q.   I just want to make sure that there are no   06:17AM
 6    technical difficulties.
 7             And then the last thing, before we get
 8    started, I just want to clarify, you are currently
 9    in Manchester in a room or a place where your
10    attorneys, Mr. Zdrojeski, Ms. Machado, and            06:18AM
11    Mr. Farrell, you guys are all in the same room; am I
12    correct about that?
13        A.   Yes.
14        Q.   Understood.
15             So let me start by defining the term         06:18AM
16    "class period."
17             So we talk -- I asked you a question
18    earlier about the fact that this is a class action
19    lawsuit brought against Pretty Little Thing and
20    other entities.  You understand that, right?         06:18AM
21        A.   Yes.
22        Q.   And there may be instances during this
23    deposition where I use the phrase "class period."  I
24    want you to understand when I use the phrase "class
25    period," I am referring to the period between         06:19AM
```

Page 15

```
 1    May 19, 2016, to the present, okay?

 2         A.    Okay.  Yup.

 3         Q.    Now, Ms. Capstick, you are the marketing

 4    director of Pretty Little Thing; is that correct?

 5         A.    Yes, that is correct.              06:19AM

 6         Q.    And you started at Pretty Little Thing,

 7    which I will refer to as PLT from time to time, if

 8    that's okay?

 9         A.    Okay.  Yup.

10         Q.    You started at PLT as a marketing manager  06:19AM

11    in January 2015, correct?

12         A.    Correct.

13         Q.    And, so, you have been at PLT throughout

14    that entire class period, correct?

15         A.    That's correct, yes.               06:19AM

16         Q.    And you actually got the job after

17    Umar Kamani, he personally sent you a number of

18    LinkedIn messages to recruit you, correct?

19         A.    That's correct.

20         Q.    And then you were promoted to head of     06:20AM

21    marketing in July of 2017, correct?

22         A.    That's correct.

23         Q.    And Umar Kamani, who is Mr. Kamani?

24         A.    He is the CEO of Pretty Little Thing.

25         Q.    And, so, after you were promoted to head  06:20AM
```

Page 16

Nick Capra
January 28, 2022

```
 1          Q.   Okay.  And the URL for the U.S. website is
 2     www.prettylittlething.us, correct?
 3          A.   Yes.
 4          Q.   And what responsibilities, and this may be
 5     kind of a repeat of my previous question, and if it    06:39AM
 6     is just let me know, what responsibilities do you
 7     have relative to the U.S. website?
 8          A.   So I would look after, or my team would
 9     look after all of the marketing communications that
10     are displayed on that website.                         06:39AM
11          Q.   Okay.  And would your team also be
12     handling the e-mail blasts?
13          A.   Yes.
14          Q.   And any of the digital marketing that you
15     described earlier, would all of that work that you    06:39AM
16     do also equally apply to sales on the U.S. website?
17          A.   Yes.
18          Q.   And the planning work that you described
19     earlier, all of that also relates to U.S.
20     activities, correct?                                   06:40AM
21          A.   Yes.
22          Q.   And what I will like to do is and actually
23     before I do that, correct me if I'm wrong, there is
24     only one website or the U.S., correct?
25          A.   Yes.                                         06:40AM
```

Page 28

January 28, 2022

```
 1              Q.    And what I mean by that, is it's the same
 2       site that's displayed in all 50 states, right?
 3              A.    That's correct.
 4              Q.    And the same products are sold in all 50
 5       states, correct?                                      06:40AM
 6              A.    Yes, that's correct.
 7              Q.    And it's the same promotions, sales and
 8       discounts are advertised and displayed to all
 9       consumers in the United States in the 50 states,
10       correct?                                              06:40AM
11              A.    Yes, that's correct.
12              Q.    So it's the same clothes, same prices,
13       same images, models, same everything across the 50
14       states, right?
15              A.    Correct.                                 06:41AM
16              Q.    And there is also a mobile site for the
17       U.S.; is that right?
18              A.    Yes.
19              Q.    Is there any appreciable difference
20       between -- I mean, other than the display, and what  06:41AM
21       I'm asking about is content, is there any
22       appreciable difference in the content between the
23       mobile site and the U.S. site?
24              A.    There is not.
25              Q.    And you described a little bit of this   06:41AM
```

Page 29

January 28, 2022



1    basis.

06:55AM

Page 37

Nickie Capra/a/b
January 28, 2022



06:57AM

Page 38



17        Q.   I am going to show you another document.

18   We are going to mark this as Exhibit 1.   It's a

19   notice of deposition.

20             (Whereupon, Exhibit 1 was marked for      06:58AM

21   identification by the court reporter, as of this

22   date.)

23   BY MR. IBRAHIM:

24        Q.   And, Ms. Capstick, I am going to scroll

25   through it, but as I am scrolling through it, my      06:59AM

Page 39

```
 1              MR. IBRAHIM:  Perfect.
 2       BY MR. IBRAHIM:
 3            Q.   Ms. Capstick, you understand that you are
 4       here as a corporate representative witness, right?
 5            A.   Yes.                                    07:00AM
 6            Q.   And you have been designated by the
 7       defendants to testify on a number of topics as they
 8       relate to Pretty Little Thing, correct?
 9            A.   Yes.
10            Q.   And those topics, I will go through them,  07:00AM
11       those are topics 5, 7, and 9.
12              Do you understand that?
13            A.   Yes.
14            Q.   Okay.  And so topic No. 5 is, and I will
15       read it here, the setting of sales and markdowns on  07:01AM
16       the defendant's websites in the United States,
17       including but not limited to, for example, the sales
18       and markdowns advertised on the websites, methods of
19       advertisements, such as e-mail blasts, text, social
20       media, who decides which sales and markdowns to      07:01AM
21       advertise, what goes into the decisions, and the
22       sitewide sales that were run across on the U.S.
23       websites for the relevant class period.
24              You have familiarity with those --
25       sufficient familiarity with that topic or those      07:01AM
```

Page 41

1     topics that I just read to testify here as it

2     relates to Pretty Little Thing; is that correct?

3           A.   Yes.

4           Q.   And your attorneys may have explained this

5     to you, but if they haven't, you understand that      07:02AM

6     your testimony here today is binding on the

7     defendants on whose behalf you are testifying.

8                You understand that, right?

9           A.   Yes.

10          Q.   Right.  And, then, we have topic seven,     07:02AM

11    covers the production of promotional calendars and

12    whether they accurately represent the promotions

13    that were advertised on defendant's U.S. websites

14    for each day represented in the documents, what each

15    of the promotions means and represents, to which     07:02AM

16    products the promotions apply, and which products

17    are excluded, how it is decided as to which

18    promotion will be advertised for a given day, and

19    confirmation that all promotional calendars

20    applicable to this lawsuit have been produced.       07:02AM

21               You are the corporate representative for

22    Pretty Little Thing to testify on those topics,

23    correct?

24          A.   Yes.

25          Q.   And you have sufficient familiarity with   07:03AM

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1    those topics to testify, correct?

 2         A.   Yes.

 3         Q.   And you understand that your testimony on

 4    those topics is binding on the defendants, right?

 5         A.   Yes.                                  07:03AM

 6              MR. ZDROJESKI:  Can I have a moment?

 7              MR. IBRAHIM:  Okay.

 8              THE VIDEOGRAPHER:  This is the

 9    videographer.  Do we need to go off record?

10              MR. ZDROJESKI:  No.  I just need one   07:03AM

11    second.

12         A.   Can I just clarify that I am just one of

13    the people discussing these topics and the inputs on

14    these topics.

15         Q.   Right.  But you are the person on behalf  07:03AM

16    of Pretty Little Thing, right?

17         A.   But there are others that input on these

18    decisions.

19         Q.   Okay.

20              MR. IBRAHIM:  Ron, it's my understanding  07:04AM

21    that as to 5, 7, and 9, am I incorrect about that, I

22    thought she is the only person for 5, 7, and 9 for

23    PLT.

24              MR. ZDROJESKI:  Let's go off the record

25    for a second.                                  07:04AM
```

Page 43

```
 1                    MR. IBRAHIM:  Okay.  Off the record.

 2                    THE VIDEOGRAPHER:  All right.  The time is

 3         7:04 a.m.  Off the record.

 4                    (Whereupon, a recess was taken.)

 5                    THE VIDEOGRAPHER:  The time is 7:08 a.m.    07:08AM

 6         We are back on record.

 7         BY MR. IBRAHIM:

 8              Q.   All right.  Ms. Capstick, let me read

 9         topic No. 9.  It says:  "Consumer marketing surveys

10         and research, whether done in-house or through         07:08AM

11         outside firms, conducted by defendants who brands

12         consider target markets and what generally were

13         defendant's findings in connection with any surveys

14         and research performed."

15                    Did I read that correctly?                  07:09AM

16              A.   Yes.

17              Q.   And are you the designated corporate

18         representative on behalf of Pretty Little Thing to

19         testify on topic No. 9?

20              A.   Yes.                                          07:09AM

21              Q.   And you understand that your testimony

22         here today will be binding on the defendants as it

23         relates to Pretty Little Thing on this topic; is

24         that correct?

25              A.   Yes.                                          07:09AM
```

                                                    Page 44

1          Q.   All right.  And earlier I read topic No. 5

2     and 7, which you have in front of you on page 3 of

3     the document.

4               Are you the corporate representative as it

5     relates to Pretty Little Thing on topic 5 and 7 here    07:09AM

6     on behalf of defendants?

7          A.   Yes.

8          Q.   And you understand that the testimony that

9     you provide here today will be binding on the

10    defendants as it relates to Pretty Little Thing on      07:09AM

11    those topics?

12         A.   Yes.

13         Q.   And have you done any preparation here for

14    your testimony today?

15         A.   Yes.  I met with the lawyers this morning     07:10AM

16    to discuss the documents that you shared with us

17    last night.

18         Q.   Is there any other preparation that you

19    have done for your deposition here today?

20         A.   No.                                           07:10AM

21         Q.   Prior to the meeting that you had this

22    morning in the UK with your lawyers, did you have

23    any prior meetings with your lawyers regarding the

24    deposition?

25         A.   We met yesterday also.                        07:10AM

Page 45

1          Q.    All right.  And so would this be one of

2     the products that's on sale, this camel premium borg

3     teddy bear coat?

4          A.    Yes, it looks to be.

5          Q.    And it's on sale for $43.  It's 66 percent    07:56AM

6     off of a strikethrough price of $125, correct?

7          A.    Yes.

8          Q.    So let me go back to the landing page.

9               So in your time at PLT, the landing page

10    is where PLT displays the promotions and discounts     07:56AM

11    that are advertised on the site for that particular

12    day, correct?

13         A.    Yes.

14         Q.    Okay.  And in the promotional calendar,

15    and we are going to go through it, there is entries    07:57AM

16    by day for what particular type of promotion is

17    available for a particular -- or advertised for a

18    particular day, right?

19         A.    It was on a particular day because it's a

20    historical document.                                   07:57AM

21         Q.    Exactly.  So the -- whatever was listed on

22    the promotional calendar as the promotion advertised

23    for a particular day, this is where, i.e., the

24    landing page, this is where that promotion would

25    have been advertised, correct?                         07:57AM

                                              Page 61

January 28, 2022



1        A.    Yes.

2        Q.    Now, are there -- this is referring to a

3  coupon code of USA 40.

4        Do you see that?

5        A.    Yes.                                    07:58AM

6

                                                       07:59AM

                                              Page 62

Nicklas Wik
January 28, 2022

```
 1          Q.   Does it happen a lot, in your experience?

 2          A.   No.

 3          Q.   Okay.  What's your best estimate?

 4               MR. ZDROJESKI:  Ahmed, if I could just

 5     have a moment.                                    08:07AM

 6               (Whereupon, a discussion was held off the

 7     written record.)

 8          A.   Hi, sorry.  Could I just clarify on the

 9     full price items that we were talking about?

10               If the customer --                       08:08AM

11          Q.   Before you do that, I asked you a question

12     and then you didn't provide an answer and we took a

13     break and you spoke with your counsel, correct?

14          A.   Yes.

15          Q.   And after you spoke with your counsel you   08:08AM

16     want to clarify something, right?

17          A.   Yes.

18          Q.   Go ahead.
```



```
                                                        08:08AM
```

Page 68

January 28, 2022



08:10AM

Page 69

Nick Kasapidis
January 28, 2022

██████████████████

    ██████████████

    █  ████████████████

4      Q.   All right.  And then --

5      A.   Can I just --                              08:10AM

6      Q.   Let me ask the next question.

7           Here at the top it says:  "Hurry,"

8  exclamation point, "ends midnight."

9           Do you see that?

10     A.   Yes.                                       08:10AM

11     Q.   All right.  And what is that communicating

12  to customers?  Is it communicating that this

13  promotion is going to end at midnight?

14     A.   Yes.

15     █  ██████████████████████████████  ██████

   ████████████████████████████████

   ██████████████████

   █  ███

   █  ████████████████████████

   ████████████████████████████████  ██████

   ████████████████████████████

   ████████████████

   █  ████████████████████

   █  ███  ██████████████████████

   ████████████████████████████         08:11AM

                                        Page 70

Nickleson 34:19
January 28, 2022



1        Q.    What they paid -- the amount they paid,

2    correct?

3        A.    Yes.

4        Q.    The discount or promotion that they

5    obtained, right?                                    08:17AM

6        A.    Yes.

7

08:19AM

Page 75

Nicki Capstick
January 28, 2022

1   ████████████████████████████████████████

2   ████████████████████████████████████████

3   ████████████████████████████████████████

4   ████████████████████████████

5        Q.   And have you had a chance to look at those    08:19AM

6   promotional calendars in preparing for your

7   deposition?

8        A.   We have been through them, yes.

9        Q.   Okay.  And, in fact, as we established

10  earlier, that's one of the topics that you have been   08:19AM

11  designated to testify about as a corporate

12  representative, correct?

13       A.   Yes.

14       Q.   I am going to start going through some of

15  these promotional calendars.  So let me pull up the    08:19AM

16  first one here.

17            Ms. Capstick, do you see that Excel

18  spreadsheet?

19       A.   Yes.

20       Q.   And this is going to be marked as           08:20AM

21  Exhibit 43.

22            (Whereupon, Exhibit 43 was marked for

23  identification by the court reporter, as of this

24  date.)

25  BY MR. IBRAHIM:                                        08:20AM

Page 76

1    ahead to the stipulation relating to the promo

2    calendar.

3            So, before the break, the court reporter

4    lost her internet connection and I had laid out the

5    exhibits and Bates numbers in question.  I will just    09:07AM

6    go ahead and do that all over again, just so that we

7    have a clean record.

8            So the stipulation that we propose is with

9    respect to Exhibit 43, Bates numbered D13 with promo

10   calendar for 2016; Exhibit 44, Bates numbered D10,      09:07AM

11   PLT promo calendar for 2017; Exhibit 45, D11, PLT

12   promo calendar 2018, and Exhibit 46, Bates number

13   D12, PLT promo calendar for 2019; Exhibit 48, D14,

14   PLT promo calendar for 2020, and Exhibit 49, Bates

15   numbered D546058 for USA promo calendar for 2021.       09:08AM

16           And we propose a stipulation that those

17   documents have been produced in discovery by the

18   defendants, that they are authentic, that they are

19   business records of the company, and that the

20   promotions, the PLT promotions, or rather that         09:08AM

21   the -- each of these documents for the class period

22   contain true and accurate representations of PLT's

23   promotions on the U.S. website for the dates

24   reflected on the exhibits.

25           Ron, do we have a stipulation on that?         09:09AM

                                            Page 94



1              MR. ZDROJESKI:  We do.

2              MR. IBRAHIM:  Okay.

3     BY MR. IBRAHIM:

4        Q.   All right.  So, let me continue with the

5     questioning.                                    09:09AM

6

                                                      09:10AM

                                            Page 95



09:13AM

Page 97



Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

1

5        Q.    And, am I correct, that your team in        09:15AM

6    marketing is measured by management and the

7    executives of PLT and Boohoo Group on the basis of

8    how much product is sold, correct?

9        A.    The marketing team is measured on that,

10   sorry?                                               09:15AM

11       Q.    That's my question, are you guys measured

12   on the basis of how much sales the company is doing?

13       A.    The marketing team isn't solely measured

14   on that, no.

15       Q.    Right.  And I didn't mean to suggest that   09:15AM

16   that was the sole basis of measuring the

17   productivity or success of the team, but I'm asking:

18   Is that one of the things that the folks above you

19   in management, they are looking at sales as one of

20   the markers for how well you guys are doing in       09:16AM

21   marketing, right?

22       A.    Yes.  It's one of the markers for some of

23   the channels in marketing, not all of them.

24       Q.    What are some of the other channels?

25       A.    So social media, we don't measure sales    09:16AM

Page 99

1          Q.    Ms. Capstick, do you have Exhibit 39 in

2     front of you?

3          A.    Yes.

4          Q.    And first of all, I want to point out do

5     you see the date in the lower right-hand corner of    09:36AM

6     May 14, 2020?

7          A.    Yes.

8          Q.    So my first question is:  What is this

9     document?

10         A.    This is a product display page from the    09:36AM

11    U.S. website for a pair of pants.

12         Q.    For -- it was advertised on May 14, 2020,

13    correct?

14         A.    Yes.

15         Q.    Okay.  And, so, the discount that we were   09:36AM

16    looking at was the sitewite 50 percent off with the

17    "give me 50" coupon code.

18              Do you recall that from the previous

19    document we are looking at?

20         A.    Yes.                                        09:36AM

21         Q.    And, so, this one, in the header, do you

22    see where it says:  "Get 50 percent off everything,"

23    asterisk, excluding, "E-X-C-L, sales and beauty,

24    enter give me 50.  Hurry, limited time only."

25              Do you see that?                             09:37AM

Nick Capra

January 28, 2022

```
 1            A.   Yes.

 2            Q.   And that's the promotion that was

 3       available on the site for that day, correct?

 4            A.   Yes.

 5            Q.   All right.  Now, for these white wide leg   09:37AM

 6       woven pants, what does the $48 represent?

 7            A.   The headline price.

 8            Q.   Now, that's the first time you have used

 9       the term "headline price."  Is that different from

10       the full price?                                       09:37AM

11            A.   Full price, headline price.  Sorry.

12            Q.   Same thing, headline price, full price,

13       yes?

14            A.   Yes.
```

15 ███  ██████████████████████████  ████

██ ████████████████████████

██ ████████████████████

██ ██████

██ ██  ████████

██ ██  ████████████████  ████

██ ██  ███████████████████

██ ████████████████████████

██ ████████████████████

██ ██  ████  █████████████████

██ ████████████████████  09:38AM

January 28, 2022



09:40AM

Page 115



```
1        A.    Not to my knowledge, no.

2        Q.    All right.  Let me go back to Exhibit 39.

3              Looking at the $48, which you referred to

4    as the full price, correct?

5        A.    Yes.                                    09:43AM

6
```

09:44AM

Page 118

Nicki Capstick
January 28, 2022

```
 1                 MR. IBRAHIM:  Great.
 2        BY MR. IBRAHIM:
 3             Q.   Ms. Capstick, my first question is:  What
 4        is Exhibit 42?
 5             A.   This looks to be a product page for a      10:07AM
 6        jumpsuit on the USA website, but I can't see the
 7        flag to confirm that it is from the U.S. website.
 8             Q.   You do see that the price is listed in
 9        dollars.
10                  Do you see that?                           10:07AM
11             A.   Yes.
12             Q.   And the sizes are listed in U.S. size.
13                  Do you see that?
14             A.   Okay.
15             Q.   Would that be an indication that this is   10:07AM
16        from the U.S. website?
17             A.   Yes.
18             Q.   And my next question is:  Is this an
19        example of red pricing?
20             A.   Yes.                                       10:07AM
21             Q.   Okay.  So in -- on those days on the
22        website -- strike that.
23                  On those days listed in the promo calendar
24        where it indicates that there is a red pricing
25        promotion, the pricing would be -- would look       10:08AM
```

Page 123



1        A.    Yes.

2

19        Q.    And who would have decided on running this

20   type of promotion?  Would it again have been          10:17AM

21   Mark Baker and Jonathan Haycock's team?

22        A.    So they would have suggested the promotion

23   in the promotions meeting, and collectively we would

24   agree that we would run that promotion that day.

25        Q.    What is the promotion's meeting?          10:17AM

                                           Page 129



10:27AM

Page 135

January 28, 2022



10:29AM

Page 136

January 28, 2022



10:42AM

Page 144

January 28, 2022



10:43AM

Page 145

January 28, 2022



10:48AM

Page 148

Nick Rapp
January 28, 2022



```
18       Q.   Let me show you what we will mark as

19   Exhibit 50.

20            (Whereupon, Exhibit 50 was marked for      10:49AM

21   identification by the court reporter, as of this

22   date.)

23            MR. ZDROJESKI:  Is this one that you

24   supplied to us?

25            MR. IBRAHIM:  Yes.                          10:49AM
```

Page 149

Nicki Capstick
January 28, 2022

1

2

3          DECLARATION UNDER PENALTY OF PERJURY

4

5          I, NICKI CAPSTICK, do hereby certify under

6    penalty of perjury that I have read the foregoing

7    transcript of my deposition taken on January 28,

8    2022; that I have made such corrections as appear

9    noted herein in ink, initialed by me; that my

10   testimony as contained herein, as corrected, is true

11   and correct.

12

13        Dated this 10  day of MARCH        , 2022 ,

14   at _____,

15   California.

16

17

18

19                       _____

                          NICKI CAPSTICK

20

21

22

23

24

25

                                          Page 189

1

REPORTER'S CERTIFICATE

2

3      I, CHRISTINA F. D'ARCANGELO, CSR No. 11872, a

4   Certified Shorthand Reporter, certify;

5         That the foregoing proceedings were taken

6   remotely via videoconferencing equipment, at which

7   time the witness was put under oath remotely by me;

8         That the testimony of the witness, the

9   questions propounded, and all the objections and

10   statements made at the time of examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13         That the foregoing is a true and correct

14   transcript of my shorthand notes so taken.

15         I further certify that I am not a relative

16   or employee of any attorney of the parties, nor

17   financially interested in the action.

18         Reading and signing was requested.

19         I declare under penalty of perjury under

20   the laws of California that the foregoing is true

21   and correct.

22         Dated this 11th day of February, 2022.

23

24

25     CHRISTINA F. D'ARCANGELO, C.S.R. 11872

Page 190