ALMADANI LAW
Yasin M. Almadani, State Bar No. 242798
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph: 949-877-7177
Fax: 949-877-8757
yma@lawalm.com

AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph.: 949-266-1240
Fax: 949-266-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs, Individually
and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HABBERFIELD, an individual, KEONA KALU, an individual, KATIE RUNNELLS, an individual, JUANITA CARMET CACHADINA, an individual, SARAH HUEBNER, an individual, YESENIA VALIENTE, an individual, VERONICA WALTON, an individual, LISA MURPHY, an individual, NICOLE HILL, an individual, NICOLE STEWART, an individual, ME'LISA THIMOT, an individual, and MARIKA WALTON, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, PRETTYLITTLETHING.COM USA INC., a Delaware corporation, PRETTYLITTLETHING.COM LIMITED, a United Kingdom private limited company, NASTYGAL.COM USA INC., a Delaware corporation, NASTY GAL LIMITED, a United Kingdom private limited company, and DOES 1-10, inclusive.<br><br>Defendants. | **CASE NO.: 2:22-CV-03899-GW-JEMx**<br><br>**PLAINTIFFS' NOTICE OF LODGING REVISED EXHIBITS TO CLASS ACTION SETTLEMENT AGREEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

     **PLEASE TAKE NOTICE THAT** Plaintiffs Laura Habberfield, Keona Kalu, Katie Runnells, Juanita Carmet Cachadina, Sarah Huebner, Yesenia Valiente, Veronica Walton, Lisa Murphy, Nicole Hill, Nicole Stewart, Me'Lisa Thimot, and Marika Walton ("Plaintiffs"), by and through their undersigned counsel of record, hereby lodge revised exhibits to the Class Action Settlement Agreement and Release (the "Settlement") attached as Exhibit 1 to the Declaration of Ahmed Ibrahim in Support of Motion for Preliminary Approval of Class Action Settlement. (*See* D.E. 36-2.) These revised exhibits, referenced below and attached hereto, are being submitted for the Court's consideration to address the Court's comments in its Tentative Ruling on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. (*See* D.E. 51 at 16-17.)

1. **Exhibit B:** Revised Email Notice of Proposed Class Action Settlement
2. **Exhibit C**: Revised Full Notice of Proposed Class Action Settlement
3. **Exhibit D**: Revised Publication Notice of Proposed Class Action Settlement
4. **Exhibit E**: Revised Postcard Notice of Proposed Class Action Settlement

Dated: May 18, 2023                    Respectfully submitted,

                                        ALMADANI LAW

                                        */s/ Yasin M. Almadani*
                                        Yasin M. Almadani, Esq.

                                        AI LAW, PLC

                                        */s/ Ahmed Ibrahim*
                                        Ahmed Ibrahim, Esq.

                                        *Attorneys for Plaintiffs Individually and On Behalf of All Others Similarly Situated*