## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-3899-GW-JEMx | Date | May 18, 2023 |
|---|---|---|---|
| Title | *Laura Habberfield, et al. v. Boohoo.com USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yasin M. Almadani<br>Ahmed I. Ibrahim | Ian S. Shelton |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE [36]**

The Court's Tentative Ruling on Plaintiffs' Motion [36] was issued on May 16, 2023 [51]. Court and counsel confer. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiffs' Motion is GRANTED. Plaintiffs are to file an amended proposed order with the corrections included by no later than 2:00 p.m. today.

|  | : | 22 |
|---|---|---|
| Initials of Preparer | JG | |