1 | ALMADANI LAW
Yasin M. Almadani, State Bar No. 242798
2 | 4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
3 | Ph: 949-877-7177
Fax: 949-877-8757
4 | yma@lawalm.com

5 | AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
6 | 4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
7 | Ph.: 949-266-1240
Fax: 949-266-1280
8 | aibrahim@ailawfirm.com

9 | *Attorneys for Plaintiffs, Individually and on Behalf of All Others Similarly Situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LAURA HABBERFIELD, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, et al.,<br><br>Defendants. | **CASE NO.: 2:22-cv-03899 GW (JEMx)**<br><br>**SUPPLEMENTAL DECLARATION OF LANA COOPER REGARDING EXECUTION OF CLASS NOTICE PLAN**<br><br>**Hearing Information:**<br><br>Date:        November 2, 2023<br>Time:        8:30 a.m.<br>Courtroom:   9D<br>Judge:       Hon. George H. Wu |

1

SUPPLEMENTAL DECLARATION OF LANA COOPER RE: EXECUTION OF CLASS NOTICE PLAN

I, Lana Cooper, declare and state as follows:

1. I am a Vice President with KCC Class Action Services, LLC ("KCC") (also known as Kurtzman Carson Consultants LLC), located in San Rafael, California. Pursuant to the Revised Order Granting Preliminary Approval of Class Settlement, Conditionally Certifying the Settlement Class, Providing for Notice, And Scheduling Order (the "Preliminary Approval Order") dated May 18, 2023, the Court appointed KCC as the Settlement Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. This Declaration is to further supplement my previous declaration executed on September 1, 2023.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

3. All forms of class notice disseminated to potential Class Members informs them that requests for exclusion from the Class must be postmarked no later than September 15, 2023. As of the date of this declaration, KCC has received eighteen (18) requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit A. KCC will continue to monitor the mail and will promptly notify the parties if any additional requests for exclusion are received.

## OBJECTIONS TO THE SETTLEMENT

4. The postmark deadline for Class Members to object to the settlement is September 15, 2023. Class Members are directed to mail their objections to the Court, class counsel, Defendants' counsel, and KCC. As of the date of this declaration, I have not been made aware by the Court, class counsel, or Defendants' counsel of any objections having been submitted and I am able to confirm that KCC has received zero (0) objections to the settlement. KCC will continue to monitor the

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Class Action Settlement Agreement and Release (the "Stipulation") and/or the Preliminary Approval Order.

mail in the event any Class Member has mailed his or her objection to KCC and will promptly forward any received objections to the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2023 at San Rafael California

_____
LANA COOPER

# Exhibit A

**KCC Class Action Services**
*Habberfield v Boohoo.com USA, Inc.*
Exclusion Report



Count
18

| ClaimID | Name |
|---|---|
| 106692811201 | OLIVIA COLLOTON |
| 111180920201 | MARIE ANASTASIA |
| 104493460001 | JENACIE KLINGER |
| 109149891101 | JESSICA STECHSCHULTE |
| 107713553201 | KATIE JOHNSON |
| 102357751501 | MONTAJA SIMMONS |
| 100033561901 | WILLIAM BOSQUEZ |
| 103539324701 | RHONDA WHYE |
| 105811603101 | RIYA THOMAS |
| 105436309401 | NGOZY VANCOOTEN |
| 109549334101 | TIFFANY BOETJER |
| 108915347301 | ANGELA JIMENEZ |
| 109980936701 | BRITTAINY RECORD |
| 100867084301 | GRACE HIBBERT |
| 102970783901 | DOMINIQUE WHITE |
| 106483658901 | LIA JACKSON |
| 110490804401 | JESSICA DAVIS |
| 106481227401 | DAPHNE ROBINSON |