UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-3899-GW-JEMx | Date | November 9, 2023 |
|---|---|---|---|
| Title | *Laura Habberfield, et al. v. Boohoo.com USA, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
    Yasin M. Almadani  
    Ahmed I. Ibrahim

Attorneys Present for Defendants:  
    Ian S. Shelton  
    Ronald W. Zdorjeski  
    Amy R. Albanese

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [62]; and PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [63, 64]**

The Court's Tentative Ruling on Plaintiffs' Motions [62, 63, 65], was issued on November 8, 2023 [69]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motions are GRANTED. Plaintiffs are to file modified proposed orders by noon on November 14, 2023. The Court sets a status conference for November 16, 2023 at 8:30 a.m.

                                                                                             : 02

Initials of Preparer    JG